**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ROBERT ERRATO,<br>    *Plaintiff,*<br><br>              v.<br><br>CITIZEN'S BANK, N.A.,<br>    *Defendant.* | C.A. No. 3:26-cv-00618<br><br>REMOVED FROM: Connecticut Superior Court,<br>Judicial District of New Haven at New Haven<br>(State Court Dkt. No. NNH-CV26-5066380-S)<br><br>April 22, 2026 |

## <u>NOTICE OF REMOVAL</u>

Defendant Citizens Bank, N.A. ("Citizens"), erroneously sued as "Citizen's Bank, N.A.,"

hereby files its Notice of Removal of this action (the "Action") from the Superior Court of the

State of Connecticut, Judicial District of New Haven at New Haven, to the United States District

Court for the District of Connecticut.

Citizens appears for the purpose of removal only and for no other purpose, reserves all

defenses and rights available to it, and states as follows:

1.      On or about April 7, 2026, Plaintiff filed the Action in the Superior Court of the

State of Connecticut, Judicial District of New Haven at New Haven, Docket No. NNH-CV26-

5066380-S.

2.      On March 24, 2026, Plaintiff served Citizens with a copy of the Summons and

Complaint in the Action.  Pursuant to 28 U.S.C. § 1446(a), copies of the Summons, Complaint,

and Return of Service are attached hereto as Exhibits 1-3, respectively.

3.      Citizens has not made an appearance in the Action or served responsive pleadings

to the Complaint, and no orders have been issued in the Action.

4.      In accordance with the requirements of 28 U.S.C. § 1446(b)(1), this Notice of

removal is filed within 30 days of Citizens' receipt, through service or otherwise, of a copy of

the Complaint.

5. Plaintiff alleges that he resides in North Haven, Connecticut. Compl. ¶ 1.

6. Citizens is a national banking association that is headquartered in Providence, Rhode Island.

7. For the purpose of diversity jurisdiction, a national banking association is a citizen of only the state in which its main office is located. *Wachovia Bank v. Schmidt*, 546 U.S. 303, 307 (2006).

8. The Complaint seeks over $1 million in damages. Compl. at p. 11.

9. Thus, this case is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a)(1), and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441, in that the parties are citizens of different states, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

10. Pursuant to 28 U.S.C. § 1446(d), Citizens promptly will file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of Connecticut, Judicial District of New Haven at New Haven, and will serve a copy of the same on Plaintiff.

WHEREFORE, Citizens respectfully removes the Action now pending in the Superior Court of the State of Connecticut, Judicial District of New Haven at New Haven, Docket No. NNH-CV26-5066380-S, to the United States District Court for the District of Connecticut.

2

Defendant,
CITIZENS BANK, N.A.
By its attorneys,


/s/ Brenna A. Force
Geoffrey W. Millsom (ct20185)
Brenna Anatone Force (ct29218)
ADLER POLLOCK & SHEEHAN P.C.
100 Westminster Street, 16th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607
gmillsom@apslaw.com
bforce@apslaw.com


## CERTIFICATE OF SERVICE

I certify that on April 22, 2026, I electronically filed the foregoing document and that it is available for viewing and downloading from the Court's CM/ECF system, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system.  I further certify that a copy of the foregoing document was mailed via U.S. Mail to the person(s) listed below:

Robert Errato
3000 Whitney Avenue, PMB 109
Hamden, CT 06518

/s/ Brenna A. Force

3